**Order entered February 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01356-CV

**OLGA LESYA SYTNIANSKA ZEDRICK, Appellant**

**V.**

**STANISLAV BILDER, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04816-2017**

## ORDER

Before the Court is appellant's February 21, 2019 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **March 8, 2019**. We caution appellant that further extension requests will be disfavored.

/s/     KEN MOLBERG
         JUSTICE